# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KERRY GERRICH<br>#9603 C-3<br><br>v.<br><br>FNU LNU | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:25-CV-0997-S-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 5, 2025.

_____
UNITED STATES DISTRICT JUDGE